UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| *versus* | : | CRIMINAL NO. 25-64-JWD-SDJ |
| | : | |
| PARIS LASHAY HAYNES | : | |

NOTICE OF APPEARANCE

Please note the appearance of Assistant United States Attorney J. Brady Casey, as co-counsel for the Government in regard to forfeiture proceedings in the above-styled cause. The Government requests that any and all pleadings, correspondence, and other matters pertaining to this case be directed to the undersigned, on behalf of the Government.

UNITED STATES OF AMERICA, by

APRIL M. LEON
ACTING UNITED STATES ATTORNEY


/s/ J. Brady Casey
J. Brady Casey, LBN: 24338
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
Fax: (225) 389-0685
E-mail: john.casey@usdoj.gov